# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2007

132677 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

THEODORE A. LEE,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132677
COA: 273288
Muskegon CC: 00-045041-FH

On order of the Court, the application for leave to appeal the November 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2007

Clerk

p0404